FILED
June 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. Mag 07-0194 EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SAMANTHA HATTEN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Samantha Hatten , Case No. Mag 07-0194 EFB, Charge Title 18 USC § 3606, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   X   Release on Personal Recognizance

   __  Bail Posted in the Sum of $_____

       __  Unsecured Appearance Bond

       __  Appearance Bond with 10% Deposit

       __  Appearance Bond with Surety

       __  Corporate Surety Bail Bond

       X   (Other)   Still on Supervised Release


Issued at Sacramento, CA on June 12, 2007 at 2:25 pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal